IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIOREL ROTAR,

    Plaintiff,

    vs.                        No. CIV S-08-2399 MCE GGH PS

COLETTE SKAGGS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, proceeding in this action pro se and in forma pauperis, was directed by order of December 23, 2008 to file an amended complaint within thirty days. Rather than file an amended complaint, plaintiff filed an appeal to the Ninth Circuit, which was dismissed on March 12, 2009, with a mandate issued on June 3, 2009. Plaintiff will be given one more opportunity to comply with this court's December 23, 2008 order before the court recommends that his action be dismissed.

        Good cause appearing, IT IS ORDERED that plaintiff shall file an amended complaint against defendants Sherlock, Sharon Hicks, Chris Hicks, Dodds, and Santos only, within thirty days of this order which complies with the requirements of Federal law, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the

1 docket number assigned this case and must be labeled "Amended Complaint;" plaintiff must file

2 an original and two copies of the amended complaint; failure to file an amended complaint in

3 accordance with this order will result in a recommendation that this action be dismissed.

4 DATED: June 16, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE

GGH:076
Rotar2399.amd.wpd